UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| DETRICK GREENE | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | (Unlawful Distribution and Unlawful |
| | : | Possession with Intent to Distribute a |
| | : | Mixture and Substance Containing |
| | : | a Detectable Amount of Fentanyl |
| | : | and Fentanyl Analogue) |
| | : | |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) |
| | : | (Unlawful Distribution and Unlawful |
| | : | Possession with Intent to Distribute 40 |
| | : | Grams or More of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Fentanyl) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) and (p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 23, 2025, within the District of Columbia, DETRICK GREENE did unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

(Unlawful Distribution and Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

## COUNT TWO

On or about October 30, 2025, within the District of Columbia, **DETRICK GREENE** did unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of any analogue of fentanyl, a Schedule II narcotic controlled substance.

> **(Unlawful Distribution and Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).**

## COUNT THREE

On or about November 5, 2025, within the District of Columbia, **DETRICK GREENE** did unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of any analogue of fentanyl, a Schedule II narcotic controlled substance.

> **(Unlawful Distribution and Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).**

## COUNT FOUR

On or about November 13, 2025, within the District of Columbia, **DETRICK GREENE** did unlawfully, knowingly, and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance.

> **(Unlawful Distribution and Unlawful Possession with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)).**

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts One through Four of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

## MONEY JUDGMENT

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(~~Criminal Forfeiture~~, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:

███████████

FOREPERSON.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____
MATTHEW W. KINSKEY
Assistant United States Attorney
and Acting Deputy Chief, VCNT

4